UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ANTHONY JOHNSON,<br><br>Defendant. | Case No. 4:13-cr-00139-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

### INTRODUCTION

Before the Court is a Defendant's pro se request for a "release" to home confinement. *See* Dkt. 196. For the reasons explained below, the Court will deny the request.

### DISCUSSION

In December 2013, Mr. Johnson pleaded guilty to distributing methamphetamine. He was sentenced to 75 months' imprisonment, followed by four years' supervised release. Dkt. 83. His sentence was later reduced to 60 months' incarceration, and Mr. Johnson began his serving his term of supervision in July 2017.

On May 27, 2021, this Court revoked Defendant's supervision and

**MEMORANDUM DECISION AND ORDER - 1**

sentenced him to 24 months' incarceration, to be followed by three years' supervision. Shortly after he was sentenced, Mr. Johnson sent a letter to the Court. He says he provided useful information to the government but it was deemed useless. He says that the information was not, in fact, useless, and that he now should be released to home confinement so that he can protect his family from an unidentified person who is allegedly endangering his spouse and step-daughter. *See Letter,* Dkt. 196.

The Court will deny this request. With a few limited exceptions not applicable here, the Court does not have the power to modify a sentence once it has been imposed. *See* 18 U.S.C. § 3582(c). The Court thus has no choice but to deny defendant's pro se motion. Accordingly,

## ORDER

**IT IS ORDERED** that Robert Anthony Johnson's pro se request for release to home confinement (Dkt. 196) is DENIED.

DATED: August 18, 2021

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**